USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,   :
                          Plaintiff,   :
                                        :        14-CV-8152 (VEC)
          -against-   :
                                        :        NOTICE OF INITIAL
TELLEPSEN CORPORATION,   :   PRETRIAL CONFERENCE
                            Defendant.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       1.       Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on **Friday, December 5, 2014, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

       2.       This case has been designated for electronic case filing. By the date of the Initial Pretrial Conference, counsel for all parties represented by an attorney are required to register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance.

       **3.**       The parties are directed to submit a joint letter no later than **November 28, 2014** addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.

       4.       The parties are directed to consult the undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni. The parties must submit the jointly proposed Plan to the Court no later **November 28, 2014**.

     5.     Requests for adjournment of the Initial Pretrial Conference will be considered only if made in writing and otherwise in accordance with the Court's Individual Practices.

     6.     Counsel for Defendant is responsible for distributing copies of any Notice issued by the Court to all parties.

**SO ORDERED.**

**Date: November 4, 2014**
       **New York, NY**                          **VALERIE CAPRONI**
                                                **United States District Judge**