ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*William Brennan*
*(212) 898-5530*
*william.brennan@sedgwicklaw.com*

November 25, 2014

**VIA ECF**

Hon. Valerie Caproni
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  **Joint Adjournment Request in *Indian Harbor Ins. Co. v. Tellepsen Corp.*,
Civ. Act. No. 14-cv-08152-VEC-GWG**

Dear Judge Caproni:

The Court's November 4, 2014 Notice of Initial Pretrial Conference directed the parties to file a joint letter by November 28, 2014, in advance of a December 5, 2014 Initial Pretrial Conference.  The parties, however, agreed yesterday to a settlement-in-principle of their dispute.  The parties will now begin to negotiate a settlement agreement and anticipate that this process will soon lead to a Rule 41(a) Stipulation of Dismissal.  As a result, both parties believe that it is unnecessary to go forward with the joint letter and the Initial Pretrial Conference at this time.

In order to give themselves time to finalize their settlement, the parties therefore jointly request that the Court adjourn the Initial Pretrial Conference to **January 2, 2014**, (or as soon thereafter as is convenient for the Court) with the joint letter due seven days prior on **December 26, 2014**.  This is the parties' first request for an adjournment.

The parties also wish the Court a happy Thanksgiving!

Very truly yours,


/s/William J. Brennan


cc:  Jeremy M. King, Esq. (*via ECF*)
     Mason A. Barney, Esq. (*via ECF*)

19702449v1