

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/2014

*William Brennan*
*(212) 898-5530*
*william.brennan@sedgwicklaw.com*

December 30, 2014

**VIA ECF**

Hon. Valerie Caproni
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: **Joint Adjournment Request in *Indian Harbor Ins. Co. v. Tellepsen Corp.*, Civ. Act. No. 14-cv-08152-VEC-GWG**

Dear Judge Caproni:

As we advised the Court previously, the parties to this case have agreed to a settlement-in-principle of their dispute. The Court previously adjourned the Initial Pretrial Conference from December 5, 2014, to January 9, 2015, and submission of the parties' joint pre-conference letter from November 28, 2014, to January 2, 2015, in response to the parties' joint request for time to negotiate a written settlement agreement. It turns out, however, that the parties need additional time to finalize and execute their settlement agreement, and they therefore make a joint request for a second adjournment. Specifically, the parties ask the Court to adjourn the Initial Pretrial Conference to **January 30, 2015**, (or as soon thereafter as is convenient for the Court) with the joint letter due seven days prior on **January 23, 2015**.

Very truly yours,

/s/William J. Brennan

cc: Jeremy M. King, Esq. (*via ECF*)
    Mason A. Barney, Esq. (*via ECF*)

Application GRANTED. The initial pretrial conference previously scheduled for January 9, 2015 shall be adjourned to January 30, 2015 at 10:00 a.m. Pre-conference submissions shall be due January 23, 2015. No further extensions will be granted.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 12/31/2014

19775262v1
2977309-1