UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>  -against-<br><br>TELLEPSEN CORPORATION,<br><br>              Defendant. | Case No 1:14-CV-8152-VEC-GWG |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having resolved all claims between them, hereby stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own costs.

Dated: March 20, 2015      SEDGWICK LLP

            By: /s/ *William J. Brennan*
               George McCall, Esq.
               William J. Brennan, Esq. (WB 0742)
               225 Liberty Street, 28th Fl.
               New York, NY 10281
               Attorneys for Plaintiff

Dated: March 20, 2015      OLSHAN FROME WOLOSKY LLP

            By: /s/ *Jeremy M. King*
               Jeremy M. King (JK6835)
               Mason A. Barney (MB7225)
               Park Avenue Tower
               65 East 55th Street
               New York, New York 10022
               Attorneys for Defendant

SO ORDERED:

_____   Date:_____
Honorable Valerie Caproni
United States District Judge