UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2015
```

INDIAN HARBOR INSURANCE
COMPANY,

        Plaintiff,

-against-

TELLEPSEN CORPORATION,

        Defendant.

Case No 1:14-CV-8152-VEC-GWG

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having resolved all claims between them, hereby stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs.

Dated: March 20, 2015        SEDGWICK LLP

By: /s/ *William J. Brennan*
George McCall, Esq.
William J. Brennan, Esq. (WB 0742)
225 Liberty Street, 28th Fl.
New York, NY 10281
Attorneys for Plaintiff

Dated: March 20, 2015        OLSHAN FROME WOLOSKY LLP

By: /s/ *Jeremy M. King*
Jeremy M. King (JK6835)
Mason A. Barney (MB7225)
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Attorneys for Defendant

SO ORDERED:

_____    Date:   March 23, 2015
Honorable Valerie Caproni
United States District Judge